# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING ANTHONY ALVAREZ, *Plaintiff,* | : : : | |
| v. | : : | CIVIL ACTION NO. 22-CV-3631 |
| HUD, *et al.*, *Defendants.* | : | |

## ORDER

AND NOW, this 7th day of November 2022, upon consideration of Plaintiff King Anthony Alvarez's Motion for an Extension of Time (ECF No. 13), it is **ORDERED** that Alvarez may file a second amended complaint on or before **Friday, November 18, 2022.**

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**