IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KING ANTHONY ALVAREZ,   :
  Plaintiff,      :
          :
 v.         :   CIVIL ACTION NO. 22-CV-3631
          :
HUD, *et al.*,      :
  Defendants.    :

## ORDER

AND NOW, this 28th day of November, 2022, upon consideration of *Pro se*

Plaintiff King Anthony Alvarez's Second Amended Complaint (ECF No. 23), and Motion

for Emergency Hearing (ECF No. 18), it is **ORDERED** that:

1. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

 a. The federal claims asserted under the Fair Housing Act ("FHA"), Title II of the Civil Rights Act of 1964 ("Title II"), and Title VI of the Civil Rights Act of 1964 ("Title VI") are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

 b. The state law claims for libel, gross negligence, negligent infliction of emotional distress, and "dereliction of duty" are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Motion for an Emergency Hearing (ECF No. 18) is **DENIED**.

3. No leave to amend will be granted.

4.      The Clerk of Court shall **CLOSE** This case.

**BY THE COURT:**


***/s/ Gerald J. Pappert***
**GERALD J. PAPPERT, J.**